### Kovalchuk Liquor License Case.

Argued April 14, 1965. *Floyd R. Warren,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney

General, for Pennsylvania Liquor Control Board, appellant; *Albert M. Nichols,* for appellee.

Order affirmed.

FLOOD, J., absent.